```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANO FASURA and SF CAPITAL PARTNERS LLC

      Plaintiffs,

-against-

QC TERME US CORP., MAP S.R.L., WHITEBRIDGE INVESTMENTS S.P.A., and GIUTURNA INVESTMENTS S.P.A.

      Defendants.

21 Civ. 9030 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the parties' pre-motion letters, ECF Nos. 21 & 22.  Accordingly:

1. Defendants' request for leave to file a motion to dismiss is GRANTED;
2. By **February 2, 2022**, Defendants shall file their motion to dismiss;
3. By **March 2, 2022**, Plaintiffs shall file their opposition papers;
4. By **March 23, 2022**, Defendants shall file their reply, if any.

  SO ORDERED.

Dated: December 8, 2021
    New York, New York

*[Signature]*
ANALISA TORRES
United States District Judge