```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANO FASURA and SF CAPITAL PARTNERS LLC

                Plaintiffs,

-against-

QC TERME US CORP., MAP S.R.L., WHITEBRIDGE INVESTMENTS S.P.A., and GIUTURNA INVESTMENTS S.P.A.

                Defendants.

21 Civ. 9030 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated December 16 and 17, 2021, ECF Nos. 24, 25, & 26. Accordingly:

1. Defendants' request for leave to file a motion to stay discovery pending a decision on Defendants' anticipated motion to dismiss is DENIED;
2. By **January 3, 2022**, the parties shall confer and file a joint proposed case management plan and scheduling order pursuant to the Court's order dated November 16, 2021, ECF No. 18.

      SO ORDERED.

Dated: December 20, 2021
       New York, New York

ANALISA TORRES
United States District Judge