UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEFANO FARSURA, et al.,                        :
                                                :    21-cv-9030 (AT) (RWL)
                        Plaintiffs,             :
                                                :    **ORDER**
                                                :
         - against -                            :
                                                :
QC TERME UC CORP, et al.,                       :
                                                :
                        Defendants.             :
---------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed during the discovery and case management conference held via Teams on May 6, 2022:

1. Search Terms:  The parties shall meet and confer regarding Plaintiff's most recent search term proposal.  Defendants will provide a response by Monday May 9, 2022, and the parties will continue to meet and confer to arrive at a reasonable resolution.

2. Valuation Documents:  Defendants shall produce valuation documents through the end of April 2022.  The documents shall include valuations, whether or not shared externally.  Defendants need not run search terms to collect the documents but instead may do so by direct coordination with relevant custodians.

3. Schedule:  Fact discovery is extended until July 31, 2022.  The parties will meet and confer about modification to the expert discovery schedule and propose a revised schedule to the Court.

4. Other issues: The parties will meet and confer about discovery requests (such as those seeking Plaintiff's financial information) and third-party subpoenas (such as those issued to Plaintiff's CPAs and wife) on a timely basis and with the goal of resolving any disputes.  To the extent those issues cannot be resolved, the parties may bring them to the attention of the Court.  Defendants need not respond to Plaintiff's letter motions at Dkt. 51 and 52, which are denied without prejudice to renewal or modification after the parties complete the meet and confer process.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 6, 2022
        New York, New York