```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEFANO FARSURA, et al.,

                Plaintiffs,

- against -

QC TERME UC CORP, et al.,

                Defendants.
---------------------------------------------------------------X

21-cv-9030 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

       The Court will schedule a conference to address the issues raised at Dkt. 56. Unless and until directed otherwise by the Court, Plaintiff shall continue to refrain from accessing the Dropbox materials and from reviewing the Ortega & DiLeonardo Production.

                                                              SO ORDERED.

                                                             _____
                                                             ROBERT W. LEHRBURGER
                                                             UNITED STATES MAGISTRATE JUDGE

Dated: May 19, 2022
        New York, New York