UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
STEFANO FARSURA, et al.,                          :
                                                  :        21-cv-9030 (AT) (RWL)
                            Plaintiffs,            :
                                                  :        **ORDER**
                                                  :
                                                  :
              - against -                         :
                                                  :
QC TERME UC CORP, et al.,                         :
                                                  :
                            Defendants.           :
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_6/2/2022___
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held (remotely via Teams) on June 2, 2022:

1. Without waiver of their assertion of lack of personal jurisdiction, Defendants shall file an answer and any counterclaims by July 1, 2022.

2. To the extent Defendants' answer asserts affirmative defenses or counterclaims making relevant Plaintiff's financial information, Plaintiff shall produce documents sufficient to show his assets and credit-worthiness for the mid-2011-2016 period. Plaintiff need not produce tax returns or tax preparation documents. Unless and until ordered otherwise, Defense counsel shall continue to refrain from reviewing either the Drop Box materials or the documents produced by Ortega & DiLeonardo.

3. Defendants may depose Kirsten Jordan, limited to her role, if any, in ownership of QC Terme's expansion plans in North America; her role, if any, in acting as agent of Plaintiff; her role, if any, in the "4 projects" for which Plaintiff claims having forgone business opportunity. To the extent Ms. Jordan had a business-oriented role in connection with either QC Terme or the 4 projects or as Plaintiff's agent, questioning may

extend to Ms. Jordan's knowledge gained within the context of those roles.  Ms. Jordan

shall produce documents, to the extent not duplicative of documents already produced in

the litigation, responsive to topic 1 of the requests for production as set forth in the

subpoena issued to her, and topic 2 modified to replace the word "involvement" with

"ownership."

4. The parties shall meet and confer further in regard to the subpoena issued by

Defendants to Victor Kiarsis.  By June 7, 2022, Plaintiff shall file a letter reporting on status

of the parties' positions with respect to the subpoena and whether any issue remains for

the Court to resolve.

5. The parties shall meet and confer and proposed a revised schedule by June 9,

2022.

The Clerk of Court is respectfully requested to terminate the motions at Dkt. 52,

56, and 66.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2022
        New York, New York

Copies transmitted this date to all counsel of record.