Case 1:21-cv-09030-AT-RWL   Document 87   Filed 06/22/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STEFANO FARSURA, et al.,

                Plaintiffs,

    - against -

QC TERME UC CORP, et al.,

                Defendants.
-----------------------------------------------------------------X

21-cv-9030 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the issues raised by Defendants in their June 10, 2022 letter concerning the response of non-party Victor Kiarsis to the Rule 45 Subpoena served on him on May 2, 2022. (*See* Dkt. 81.) Defendants' request concerning search terms applied by Plaintiffs is denied without prejudice as premature. Defendants' other requests are denied for principally the reasons stated in Plaintiffs' June 15, 2022 response at Dkt. 86.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: June 22, 2022
       New York, New York

Copies transmitted this date to all counsel of record.