UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEFANO FARSURA, et al.,

                                                    21-cv-9030 (AT) (RWL)

                Plaintiffs,

                                                    **ORDER**

        - against -

QC TERME UC CORP, et al.,

                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/28/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed during the discovery conference held via Teams on July 28, 2022:

      1. By [10 days], Defendant shall file a pleading with an amended fraud defense sufficient to support document discovery related to Plaintiff's 2011-2016 financial information. Plaintiff may file a letter response by [1 week later], and Defendant may reply [1 week after that].

      2. By [2 weeks], Defendant shall file affidavit(s) supporting its claim of common interest privilege. Plaintiff may file a letter response by [1 week later], and Defendant may reply [1 week after that].

3. In the meantime, the Court will hold in abeyance ruling on the discovery issues raised at Dkt. 95, 96, 97, 99, 100, 102.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 28, 2022
 New York, New York

Copies transmitted this date to all counsel of record.