```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
STEFANO FARSURA, et al.,                    :
                                             :      21-cv-9030 (AT) (RWL)
                        Plaintiffs,          :
                                             :      **AMENDED ORDER**
                                             :
            - against -                      :
                                             :
QC TERME UC CORP, et al.,                    :
                                             :
                        Defendants.          :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/4/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order amends the order entered at Dkt. 105. As discussed during the discovery conference held via Teams on July 28, 2022:

1. By August 8, 2022, Defendant shall file a pleading with an amended fraud defense sufficient to support document discovery related to Plaintiff's 2011-2016 financial information. Plaintiff may file a letter response by August 15, 2022, and Defendant may reply by August 22, 2022.

2. By August 11, Defendant shall file affidavit(s) supporting its claim of common interest privilege. Plaintiff may file a letter response by August 18, 2022, and Defendant may reply by August 25, 2022.

3. In the meantime, the Court will hold in abeyance ruling on the discovery issues raised at Dkt. 95, 96, 97, 99, 100, 102.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 4, 2022
New York, New York

Copies transmitted this date to all counsel of record.