WHITE & CASE

August 10, 2022

**VIA ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/2022

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

**Re:** *Farsura v. QC Terme US Corp.*, 21-cv-9030-AT-RWL (S.D.N.Y.)

Dear Judge Lehrburger:

I write on behalf of Defendants in the above-captioned matter to request a brief, one-week extension of their deadline to file affidavits supporting their claim of common interest privilege. Defendants' current deadline to file these affidavits is August 11, 2022. *See* ECF No. 109. This is Defendants' first such request for an extension, and Plaintiffs have consented to this request. Good cause exists for this request because the relevant representatives of our Italian clients are presently traveling and require a modest amount of additional time to complete their affidavits.

Accordingly, Defendants respectfully request that the Court extend their deadline to file affidavits supporting their claim of common interest privilege by one week, to August 18, 2022, and that the deadlines for Plaintiffs' letter response on this topic and Defendants' reply be correspondingly adjusted as well.

Sincerely,

/s/ *Tara M. Lee*
Tara M. Lee

SO ORDERED:

_____ 8/11/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE