UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEFANO FARSURA, et al.,

                         Plaintiffs,

      - against -

QC TERME UC CORP, et al.,

                        Defendants.
------------------------------------------------------------X

21-cv-9030 (AT) (RWL)

**<u>ORDER</u>**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    This order resolves the following issues:

    1.    Dkt. 112: Defendants' request for an order permitting Defendants to review the folder structure and file names of Plaintiff's Drop Box site is denied. Plaintiff must, however, produce any documents in the Drop Box site of which Plaintiff is aware that are both responsive to Defendants' requests (and not otherwise subject to an applicable privilege or objection) and were not captured by use of the search terms previously applied. Plaintiff is not required to undertake a document-by-document review of the Drop Box files but, if he has not done so already, must undertake a review of the Drop Box file structure to make sure that Plaintiff has conducted a reasonable search.

    2.    Dkt. 113: Defendants' application regarding using "Kiarsis" as a search term is denied without prejudice as premature. Plaintiff represents that he is undertaking a sampling of non-duplicative hits. Plaintiff shall complete this

process, and the parties shall meet and confer. Defendants may renew their application if the matter has not been resolved by the meet and confer process.

3. Dkt. 115: Defendants' application regarding the Goulston & Storrs documents is denied without prejudice as premature. Defendants may renew their application if the matter has not been resolved by the meet and confer process.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: August 11, 2022
    New York, New York

Copies transmitted this date to all counsel of record.