UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STEFANO FARSURA, et al.,

                Plaintiffs,

        - against -

QC TERME UC CORP, et al.,

                Defendants.
------------------------------------------------------------X

21-cv-9030 (AT) (RWL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

      This order resolves the issue raised by Plaintiffs at Dkt. 152, to which Defendants responded at Dkt. 160, concerning Plaintiff's finances after 2016 through November 2018 and the Court's August 23, 2022, order at Dkt. 145. In issuing the August 23, 2022 order, the Court was focused on the period up to 2016, which was the focus of earlier conferences. The exclusion of the extended period from the order was an oversight. Accordingly, the Court's August 23, 2022 is hereby deemed amended to include the period through November 2018.

                                      SO ORDERED.

                                      _____
                                      ROBERT W. LEHRBURGER
                                      UNITED STATES MAGISTRATE JUDGE

Dated: September 19, 2022
       New York, New York

Copies transmitted this date to all counsel of record.