```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANO FARSURA and
SF CAPITAL PARTNERS LLC,

                    Plaintiffs,

-against-                        21 Civ. 9030 (AT)

QC TERME US CORP.                     **ORDER**

                    Defendant.

ANALISA TORRES, District Judge:

        The case management conference scheduled for October 26, 2022, is ADJOURNED to **November 9, 2022**, at **11:00 a.m.** The parties are reminded that they must file a joint status report not later than one week in advance of the case management conference. *See* ECF No. 29 ¶ 16. In addition, any pre-motion letters for summary judgment must be filed within fourteen days of the close of fact discovery. *See id.*

        SO ORDERED.

Dated: October 6, 2022
       New York, New York

                                                      ANALISA TORRES
                                         United States District Judge