Case 1:21-cv-09030-AT-RWL   Document 207   Filed 10/28/22   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
STEFANO FARSURA, et al.,

                         Plaintiffs,

        - against -

QC TERME UC CORP, et al.,

                         Defendants.
-------------------------------------------------------------X

21-cv-9030 (AT) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge**

       This order addresses the letter motions at Dkt. 191-193 and 196-198 concerning Plaintiffs' request for leave to amend.

       1.     The parties' requests to seal at Dkt. 191 and 196 are denied for the reason that neither has moved within three days of the filing to keep their respective materials under seal. The Court respectfully directs the Clerk of Court to modify the viewing level for Dkts. 193 and 198 to public.

       2.     By November 2, 2022, Plaintiffs shall file a letter responding to Defendants' October 17, 2022 letter opposing Plaintiffs' motion for leave to amend. (*See* Dkt. 197-198).

       3.     Plaintiffs should write a separate letter to Judge Torres, compliant with her rules, regarding Plaintiffs' request to move for partial summary judgment.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 28, 2022
       New York, New York

Copies transmitted this date to all counsel of record.