```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFANO FARSURA and
SF CAPITAL PARTNERS LLC,

          Plaintiffs,

-against-                            21 Civ. 9030 (AT)

QC TERME US CORP.                 **ORDER**

          Defendant.

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 9, 2022, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 31, 2022
       New York, New York

ANALISA TORRES
United States District Judge