UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Farsura et al.,<br><br>              Plaintiff,<br><br>-against-<br><br>QC Terme US Corp, et al.,<br><br>              Defendants. | 21 Civ. 09030 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Trial will commence on March 10, 2025 at 10:00 a.m. in Courtroom 12A. The parties shall confer and inform the Court, by letter, of a proposed briefing schedule of all expected filings by February 11, 2025.

**SO ORDERED.**

Dated:    New York, New York
           February 7, 2025

                  */s/ Loretta A. Preska*
                  _____
                  LORETTA A. PRESKA
                  Senior United States District Judge